
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 09 2017

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                         NO. 4:14CR00151-05 JLH

BRITTANY MITCHELL                                                 DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Tuesday, May 9, 2017, for a scheduled hearing on the government's superseding motion to revoke the supervised release of defendant Brittany Mitchell. Document #303. Assistant United States Attorney Stephanie Mazzanti was present for the government. The defendant appeared in person with her attorney, Assistant Federal Public Defender Latrece Gray.

Based on the defendant's admission of the violations outlined in the motion, the Court determined that defendant's supervised release should be revoked. The superseding motion to revoke supervised release is GRANTED. Document #303.

IT IS THEREFORE ORDERED that defendant is sentenced to a term of imprisonment of **22 DAYS (with a release date of May 26, 2017)**. Supervised release is reimposed and will expire on February 25, 2019. The first six (6) months of supervised release will be spent in the City of Faith residential reentry facility.

All other conditions of supervised release previously imposed will remain in full force and effect throughout the duration of supervision.

IT IS SO ORDERED this ___9th___ day of May, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE